Mamxy, J.
 

 It will be perceived by a reference to the will, that the testator makes provision for a widow and ten children — three males and seven females.
 

 In making a disposition of his slaves, he gives a lot specifically his wile, with remainder over.
 

 He then gives a specific legacy for the sole and separate nse of his daughter, Eliza Wright, of four slaves, with limitation for life, and remainder over.
 

 The testator next directs, that after the respective parcels allotted to his wife and daughter, Eliza, shall have been taken out from the whole, the residue shall be divided into nine parts; three of which shall be the property of his three boys, respectively, and the other six be allotted to his daughters, and these six lots are also secured for the sole and separate' use of his said daughters.
 

 It is obvious, the testator intended to confine this last bequest to six daughters, and it seems equally clear, that
 
 the six
 
 were those for whom he had made no immediate provision in the previous part of his will.
 

 It is not practicable to distribute six lots among seven persons, and preserve the distinctive character of the lots.
 

 And, if the testator had intended to give >Eliza (for whom he had just made a provision) a share with the others of the residue, he would have provided the requisite number of lots by consolidating and re-dividing.
 

 The construction contended for by Eliza Wright, one of the legatees of the will, is, therefore, manifestly erroneous, and the true construction declared to be in accordance with the views aud action of the executrix ; that is to say: the six remaining lots of the residue of the slaves, should be distributed to the six daughters, viz., Caroline, Charlotte, Margaret, Eanny, Mary and Henrietta, and be held by the trustee, named in the will, for them in conformity with the trust created.
 

 Pee Octeiam, Decree accordingly.